Ruth Q. Mortell, administratrix of the estate of Cyril J. Quail, deceased, appellant, v. Guy A. Richardson et al., appellees. Gen. No. 38,315.

Opinion filed April 22, 1936.

Nordstrand & Riley and Charles C. Spencer, for appellant. Frank L. Kriete, Charles E. Green and Arthur J. Donovan, for appellees; John R. Guilliams, of counsel.

Mr. Justice Hebel delivered the opinion of the court.